

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2015

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

      The Appellee's Motion for Leave to File Response to Appellant's Post-Submission Letter Brief is GRANTED.

It is so ORDERED on this 15th day of September, 2015.

**PER CURIAM**

Attested to: _____
         Keith E. Hottle